IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONNIE R. HILLERY,

                 Petitioner,               No. CIV S-04-2073 DFL JFM P

    vs.

SAN JOAQUIN COUNTY SHERIFF
BAXTER DUNN, et al.,

                 Respondents.         ORDER

_____/

          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

          On October 25, 2005, the magistrate judge signed findings and recommendations herein which were served on petitioner on October 27, 2005 and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has not filed objections to the findings and recommendations.

          The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

/////

1

1          1.  The findings and recommendations served October 27, 2005, are adopted in

2   full; and

3          2. This action is dismissed without prejudice.  <u>See</u> Local Rule 11-110; Fed. R.

4   Civ. P. 41(b).

5   DATED: 2/7/2006

6

7

8   _____

9   DAVID F. LEVI
    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26